UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DELEXIA HARRIS,
    Petitioner,

vs.                                    Case No.: 5:22cv154/TKW/MAL

KEVIN D. PISTRO, Warden,
FCI Marianna,
    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to exhaust her administrative remedies and because she is not entitled to immediate release. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 7) is **GRANTED**, and Petitioner's petition for writ of habeas corpus is **DISMISSED**.

4. The Clerk shall close the case file.

**DONE and ORDERED** this 10th day of February, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**